IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MUHAMMAD RYEHYIEN MORRIS,
    Plaintiff,

vs.                                                Case No.: 3:10cv369/LAC/EMT

STATE OF FLORIDA, et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 13, 2010 (Doc. 8). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED** for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 13th day of January, 2011.


                                                                   s/*L.A. Collier*
                                                                   **LACEY A. COLLIER**
                                                                   **SENIOR UNITED STATES DISTRICT JUDGE**